■ In the Matter of MILES LEON MARKOWITZ, Petitioner.— Application by petitioner, a suspended attorney, whose period of suspension has expired, for reinstatement as an attorney and counselor-at-law.

Application granted and petitioner reinstated forthwith. Mollen, P. J., Mangano, Bracken, Brown and Eiber, JJ., concur.